FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 24 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-09-2011-RHW |
| Plaintiff, | |
| vs. | AGREEMENT FOR PRE-TRIAL DIVERSION |
| RONALD R. WILSON, | |
| Defendant. | |

It appearing that you are reported to have committed an offense against the United States on or about June 30, 2001 through June 30, 2006 in violation of Title 18, United States Code, Section 641, in that you did knowingly and willfully steal and convert to your own use money of the Social Security Administration, and upon your accepting responsibility for these acts, and it further appearing, after an investigation of the offenses, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure, therefore,

On the authority of the Attorney General of the United States, by James A. McDevitt, United States Attorney for the Eastern District of Washington, prosecution in this District for this offense shall be deferred for a period of 12 months from the date of the filing of this agreement, provided you abide by the following conditions and the requirements of the program set out below:

Should you violate the conditions of this supervision, the United States Attorney may revoke or modify any conditions of this pre-trial diversion program or change the period of supervision which shall in no case exceed 12 months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this supervision and will furnish you with notice specifying the conditions of your program which you have violated.

If, upon completion of your period of supervision, a pre-trial diversion report is received to the effect that you have complied with all the rules, regulations and conditions above mentioned, no prosecution for the offense set out on page 1 of this agreement will be instituted in this District, and any indictment or information will be discharged.

Neither this agreement nor any other document filed with the United States Attorney as a result of your participation in the Pre-Trial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above described offense.

**CONDITIONS OF PRE-TRIAL DIVERSION**

1. You shall not violate any law (federal, state and local). You shall immediately contact your pre-trial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation if your medical condition permits you to do so. When out of work or unable to attend school, you shall notify your program supervisor at once. Should you so choose, you may also retire but you shall consult your program supervisor prior to job or school changes or your election to retire.

3. You shall continue to live in the Eastern District of Washington. If you desire to move out of the district, you shall obtain permission from your supervisor so that the appropriate transfer of program responsibility can be made prior to your relocation.

4. You shall notify the Social Security Administration of any changes in your circumstances affecting your receipt / eligibility of Social Security benefits within ten (10) business day of any applicable change. Said notice shall be accomplished as follows:

(a) Notice shall be in writing and presented, in person, at a Social Security Administration Office during normal business hours;

(b) Notice shall be in two copies. One copy will be tendered to the Social Security Administration. You will request the Social Security Administration representative to sign and date the other copy which you shall retain for your records and / or present to your program supervisor, if requested.

5. You shall report to your program supervisor as directed and keep him/her informed of your whereabouts.

6. You shall strive to achieve the desired goals of the program.

///

///

///

I, **RONALD R. WILSON**, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for violations of Title 18, United States Code, Section 641 for a period of 12 months, and to induce him/her to defer such prosecution I agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of 12 months, which is the period of this Agreement.

I hereby state that the above has been read by me. I understand the conditions of my pre-trial diversion and agree that I will comply with them.

X _____  2-24-09
**RONALD R. WILSON**                DATE

_____    2-24-09
ALEX B. HERNANDEZ                  DATE
Attorney for Ronald R. Wilson

_____    2/24/09
DONALD E. KRESSE, JR.              DATE
Assistant United States Attorney

_____    2/24/09
U.S. PROBATION OFFICER             DATE

APPROVED without passing judgment on the merits or wisdom of this diversion.

_____    2/24/09
United States District Court Judge  DATE

AGREEMENT FOR PRE-TRIAL DIVERSION            3